IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:00CR210 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **LAMAR CLARK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion regarding a potential reduction in sentence pursuant to crack cocaine Amendment 706 (Filing No. 84). The parties have filed a stipulation. (Filing No. 86.) The Probation Office will be directed to prepare a sentencing reduction worksheet.

IT IS ORDERED:

1. The Probation Office is directed to submit a worksheet to the Court and counsel within thirty (30) days; and

3. The Clerk is directed to e-mail a copy of this Order to the U.S. Probation Office.

DATED this 26th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge